stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 05–7434 (05A416). THACKER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 05–7463 (05A418). THACKER v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

NOVEMBER 10, 2005

No. 05–7484 (05A432). MCHONE v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Surry County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this application and this petition.

NOVEMBER 14, 2005

No. 05–7023. MUGAN v. UNITED STATES. C. A. 8th Cir.

No. 05–7025. DIAS-RAMOS v. UNITED STATES. C. A. 10th Cir. Motions of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).

No. 05–6229. BROWN v. METRO-NORTH FIRE PROTECTION DISTRICT. Ct. App. Mo., Eastern Dist. Motion of petitioner for leave to proceed in forma pauperis denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from peti-

tioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 05–6377. BROWN *v.* CASTLEPOINT LAW ENFORCEMENT, DISTRICT OF ST. LOUIS COUNTY. Ct. App. Mo., Eastern Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE STEVENS dissents. See *id.*, at 4, and cases cited therein.

No. 04–944. ARBAUGH *v.* Y & H CORP., DBA THE MOONLIGHT CAFE. C. A. 5th Cir. [Certiorari granted, 544 U. S. 1031.] Motion of Alabama for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 04–1581. WISCONSIN RIGHT TO LIFE, INC. *v.* FEDERAL ELECTION COMMISSION. Appeal from D. C. D. C. [Probable jurisdiction noted, 545 U. S. 1164.] Motion of appellant to dispense with printing the joint appendix granted.

No. 05–331. AIR CONDITIONING AND REFRIGERATION INSTITUTE ET AL. *v.* ENERGY RESOURCES CONSERVATION AND DEVELOPMENT COMMISSION ET AL. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 05–6676. IN RE SPROUSE;
No. 05–7067. IN RE EGGER; and
No. 05–7148. IN RE KAEMMERLING. Petitions for writs of habeas corpus denied.

No. 05–6337. IN RE JONES; and
No. 05–6359. IN RE ALCAREZ. Petitions for writs of mandamus denied.